1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: holly_sullivan@fd.org

5  Attorneys for Mr. Jimenez-Polanco

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2663 |
12 | Plaintiff, | ) | |
13 | v. | ) | **NOTICE OF APPEARANCE** |
14 | JOEL JIMENEZ-POLANCO, | ) | |
15 | Defendant. | ) | |

18         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
19 Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in
20 the above-captioned case.

21                                         Respectfully submitted,

23 Dated: November 16, 2007         /s/ ZANDRA L. LOPEZ
                                    Federal Defenders of San Diego, Inc.
24                                  Attorneys for Defendant
                                    Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 16, 2007      /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Zandra_Lopez@fd.org (email)